UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LYNN BACHMAN,

    Plaintiff,

v.                              CASE NO. 8:12-cv-2586-T-23MAP

SANTANDER CONSUMER USA,
INC.,

    Defendant.
_____/

**ORDER**

In accord with the parties' joint stipulation (Doc. 12) and Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**. Each party bears its own fees and costs.

The clerk will close the case.

ORDERED in Tampa, Florida, on February 7, 2014.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE